Opinion issued January 8, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00324-CV

_____

**ALLIANCE OFFSHORE, LLC AND ALLIANCE ENERGY SERVICES, LLC, Appellants**

**V.**

**STANLEY VERRETT, Appellee**

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2024-05889

## MEMORANDUM OPINION

Appellants, Alliance Offshore, LLC and Alliance Energy Services, LLC, filed a notice of interlocutory appeal from the trial court's April 15, 2025 order denying their amended special appearance, filed in the underlying cause initiated by appellee,

Stanley Verrett. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7); TEX. R. APP. P. 28.1(a). On December 19, 2025, appellants filed a "Motion for Voluntary Dismissal." In the motion, appellants stated that appellee nonsuited his claims against appellants in the underlying cause. Appellants, therefore, moved to voluntarily dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion further requested that the parties bear their own costs. *See* TEX. R. APP. P. 42.1(d).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.